Kenneth Duane ROY, Petitioner–
Appellant,

v.

James GOMEZ; John Van De Kamp;
and William Merkle, et al.,
Respondents–Appellees.

No. 94–15994.

United States Court of Appeals,
Ninth Circuit.

Sept. 26, 1995.

### ORDER

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.